## Exhibit A to the Complaint

**Location:** Princeton, NJ  **IP Address:** 96.248.67.6
**Total Works Infringed:** 86  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5732DE27077A58D178897949A3AC5DC67EB6CA74 File Hash: 6AC1B82CD702C08554D52E519AF044AEAB9D54437A6D2B8232EE1012B4A5BD2D | 09/19/2024 20:34:18 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 2 | Info Hash: F64CBDB6FDAD6A3224E8A269EA065BABCC8AB5F3 File Hash: BEE3AD285C49F313FB0E4D23DCBDA0EB5A7F70D2EE741BCFC81CD9D641314B2D | 09/19/2024 20:06:40 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 3 | Info Hash: 50047E169CF7BF25A5A6BDA85552C75250CB9809 File Hash: 1E91FC0D9C684B3FD8EB8B5D2414F0D137AF8562B93D24B2770E7DE73ADB3784 | 09/19/2024 17:41:13 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 4 | Info Hash: 358D5F996AD4EE9A6BA853FB1485368FAC0D8543 File Hash: DDFB44244952F4E2E34324A94C7D77EA4BCEA8F99DD115D8BCC17DD6BF3669C2 | 09/19/2024 17:01:29 | Vixen | 09/06/2024 | 09/18/2024 | PA0002490437 |
| 5 | Info Hash: D53DEB6224749EF0821E7DCF352B9B6EBC47B267 File Hash: 3F33F69646EFF037AABC7AAC212C82C3B591733664D8A3D84EE6CA9BB95D06F1 | 09/19/2024 15:37:58 | TushyRaw | 09/03/2024 | 09/18/2024 | PA0002490531 |
| 6 | Info Hash: C4ABE6EC97D507A35DAD67E9827F9710B83B5F44 File Hash: 427C462C7334A5574F9B372C9A043CD3AA269D1AC15B304D6E0A2F727688767D | 09/19/2024 12:56:44 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 7 | Info Hash: 081BDBB36EBD8A1EEC97721FAB231768FE4E8E52 File Hash: 3EA30801A24075A61073A29966344288FF85F9120963AEEE43552530FA3292AC | 09/19/2024 12:52:38 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 8 | Info Hash: 4EC7FB024D57526E9ACAD397FB7BA8F143492E8C File Hash: 9F5A8BBAA05E04DE91996F276C098F0CCE953D468389BA4F5BD31A1F23C4335C | 09/19/2024 10:48:29 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 9 | Info Hash: C30CCFC380D7DF878CE1FDAAD2D8484EB745023C File Hash: E02B75D256F2DF50AF6F2856811241DB2A6D85ACFDB1BAD82C4E3EC39A168792 | 05/18/2024 06:05:17 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 10 | Info Hash: 8E212D08D719C567F21FC8544BDAD03AB17FE60D File Hash: 3D43BC9036C634D8702C3A20CC362DACA0778CA0729634F99CF425B4C0C2C549 | 05/18/2024 05:59:55 | Tushy | 03/17/2024 | 04/12/2024 | PA0002465212 |
| 11 | Info Hash: 8466B6345202B191E3D3572A83867F69998A1E44 File Hash: 24373DE1EC8906D80FEB89F7D6366E74684B0FB44E3E700BD2F94C90265E22F0 | 05/18/2024 05:46:10 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8642869800F2957E364DEFEF77289E958914DA33<br>File Hash: E6CA62431D13FC8B5F1B92D7AF70B716C3BD4A75D88E0C833BCADFE5CA3C98C7 | 04/17/2024 15:21:59 | TushyRaw | 04/16/2024 | 05/08/2024 | PA0002470007 |
| 13 | Info Hash: B4927D4FF041DAA484BBAF828DD096DBDADE41DF<br>File Hash: 014415388B1F4E4D036135ED13E992885CC78980A9AA97C2DAA19B094D9555BD | 04/03/2024 17:39:15 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 14 | Info Hash: 2F946B9518743D115169AAB2B05DB20C242CF285<br>File Hash: 170962FCE94C21357624DC52B0FB98930547E57C292F497E8259A9635D1B3D98 | 04/02/2024 21:10:48 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 15 | Info Hash: 0FCEE93A0C139E023CDD284D42C99D29EB649657<br>File Hash: 54C7C7919ACAAD8CD898A3B688E72B4A0202B226539FFE15609E28AA67EE59D3 | 04/02/2024 20:37:29 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 16 | Info Hash: 5A8A0095C538A7DDCCEDB1237FE1BA75C45A11E4<br>File Hash: 7E94D2808B8A1A074B71ADDA8C89A7D84C9F0439CC71C6C39FA739439AB9FBCC | 03/30/2024 14:10:36 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 17 | Info Hash: BFAFBB37689B9363A3DFFFCA4274AA6C8B30FFD2<br>File Hash: 12A800440061165ED762E06C2B83C532A314E47384BA7FCF30FF054EA4E0CCD5 | 03/27/2024 09:18:36 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |
| 18 | Info Hash: 2F78DD2C1A7796B6FB1B6BB1E53B9E5C770A35E1<br>File Hash: F59335499AFB7D725A0433DAE0B8C2B33E475E64FD63404E9ECABEE28013A013 | 03/27/2024 08:48:39 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 19 | Info Hash: 81A3248365640BCD9D3F6DB8A1BD80092D4FA8E1<br>File Hash: 651D20179D9849DF16CE0D2EC28850C53D0D0AA2BD2F881841BCD34069B40971 | 03/27/2024 08:41:44 | TushyRaw | 03/26/2024 | 04/12/2024 | PA0002465218 |
| 20 | Info Hash: 655A2FE9DBA7FB5C50000C8ECC71388F0B5F1562<br>File Hash: 6AED455392ABC08334381251B9C57ADFF4F50DE43A6650927852F1174D52A0E8 | 03/24/2024 15:04:42 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 21 | Info Hash: 491BF4B4018ADBCB312937E0C64FD9A59186ED2D<br>File Hash: 244708525C3C7D9C9FA51B35629F5FC5B998CABFDE7E28A16E0C3DD46CC7CB99 | 03/18/2024 01:59:33 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 22 | Info Hash: 9B04F0E6AB14BB67DDA7993E25336A7BF6EECD39<br>File Hash: 816A8E7ABC0EC477EE63FC1851C64F366CAA75EC64068360A90DE4B1D6C010CD | 03/18/2024 01:13:10 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 23 | Info Hash: 28438C776BB4E5C51AA8DFE4E6F6B195E8BE6DC6<br>File Hash: 193896EAD79B49B8E940B374C148D219B1B040E576E730BD9C4F88D1D5147565 | 03/18/2024 01:00:19 | Blacked | 03/14/2024 | 04/10/2024 | PA0002464915 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CC8D0610A4EDE1C099E664843FB81375E84FCB15<br>File Hash: EB35E56C9E7ACA80994DB6E78FA9CC04BA3722242BB58FBDB03EDF04E3BC91E9 | 03/18/2024 00:57:47 | Blacked Raw | 03/11/2024 | 04/10/2024 | PA0002464921 |
| 25 | Info Hash: 1019BE52DA01444430157860E9B9984F4B368DF0<br>File Hash: 2B4F5EE62A3D7517866A346A9538B3CB3B2959B28EEFCCDDAA4EBC01632150F2 | 03/11/2024 01:36:56 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 26 | Info Hash: ED084AC0F82195F7ADD9374FBF35AA9F92E223DA<br>File Hash: 5BFBF365A37B625B994431A4775FE5F4D6432BC5088D4CE7B1BA170BEB6D8D72 | 03/11/2024 01:31:12 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 27 | Info Hash: 6235336C2BD1FBF2ED74794D807165A07F08A040<br>File Hash: 605674E86BA45C6BF5D627B27E982E895A7DC48BB62446FC64D82B66662BD2BB | 03/11/2024 01:21:29 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 28 | Info Hash: 92B5ACA814635A457000C407FE083B606AD772A3<br>File Hash: B59767BEB275801CC6C5FA5290D2DBFCD8F39494EB09DBE423476E9EC72AEBF3 | 03/07/2024 18:12:32 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |
| 29 | Info Hash: 53D8D66CC97D205258FFBE0E557A2BFFB9BBE126<br>File Hash: C77B8EE7331015F4EB569186A7859B1028C0A3D30E0981D76E0C607337C2D1B2 | 03/07/2024 17:41:18 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 30 | Info Hash: 6E071C25797AD5B273B2CA76AF3AC240ACD36AEA<br>File Hash: 444440D3767CC2615D3841B948C1548CB78CCC0B93F31451C4FD68C87C9B1B1C | 03/07/2024 13:44:55 | TushyRaw | 09/06/2023 | 09/18/2023 | PA0002430907 |
| 31 | Info Hash: 8AADC705C5592C19D88DEA0B3E796D98691AE376<br>File Hash: 7BD90E33652093082FE371039C1FE55EF14458E8A382609340ABDC06EDCF1AEC | 03/07/2024 12:49:19 | TushyRaw | 11/29/2023 | 12/13/2023 | PA0002445424 |
| 32 | Info Hash: E3DD78FE51A4166333F4BE80961025A2379FB185<br>File Hash: 8487D7718FECD389C2BB8AF995299C7AF91045B5A9FC428ACD2E09712E34C862 | 03/07/2024 12:47:58 | TushyRaw | 12/06/2023 | 12/13/2023 | PA0002445426 |
| 33 | Info Hash: EF6483EC2067B2B5CF738E76CB16CD5312C5C1CD<br>File Hash: 0DBAC5EC591467C2A3CC42435990048939177D60E81E9F1BD40BD8457D81D9D0 | 03/07/2024 12:12:18 | TushyRaw | 12/13/2023 | 01/16/2024 | PA0002449498 |
| 34 | Info Hash: FD386714F7B0E33A258BEF61460EB59446FF5BED<br>File Hash: 0AA4DA4A97034D830FC1C9DB5E391775ACFCDD9C93C154A3D27C51C2C8BCBDF1 | 03/07/2024 12:04:48 | TushyRaw | 08/09/2023 | 08/17/2023 | PA0002425525 |
| 35 | Info Hash: EE263480F2A1CCD2DB243C8D805149D3F3A55378<br>File Hash: AC112C27BF746C483E43E86E9125306FEFD8D9F8555DA87ECFFB94D061B2ACC8 | 03/07/2024 11:47:08 | TushyRaw | 01/23/2024 | 02/13/2024 | PA0002454782 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BBF78143673AB05C1C12A9FCBA386B17990A9CAA<br>File Hash: 5B7E42DE357CD3BF009B2E32A80DD8270D6BF529D1868AEA1A7D6FB2135EF977 | 03/07/2024 11:40:14 | TushyRaw | 11/22/2023 | 12/13/2023 | PA0002445429 |
| 37 | Info Hash: E29BCC2D417B95AE806E583350100FF547C82E4C<br>File Hash: AD4932A9317A5B1F164C56C2F596D026FAA62DD93A28FB38A783440FE9ACDABC | 03/07/2024 08:33:12 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 38 | Info Hash: F26F127647AD48C9EFA5DF88D7CD36868F79BE22<br>File Hash: B2F2BAD02DD97108086A75B5191AE167F87F9158E75A7C59F7275DF5BCADDAAF | 03/07/2024 07:53:28 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 39 | Info Hash: E29E4A91EF5EE54E81964E1628736DB2C19208A7<br>File Hash: 126E4C7F2F5F9085461F109CEA2C8FE43BA036F1DA8BE7DD608012770DDF5A6B | 03/07/2024 07:29:26 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 40 | Info Hash: 6AFBB46048A14E900BC7B8F496C4BD28FCD0E3E7<br>File Hash: 7432CE5A92552E9D77F305649E8DD7117D2E353AE0CE44D74761806141682FD2 | 03/07/2024 07:16:54 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 41 | Info Hash: D48339842D64EC42AC591BD0E0AA8F3C791C6035<br>File Hash: 256A0D0618D859AE5A6412529381C37581CE3B5397647EFB4A5544B075C82A18 | 03/07/2024 07:16:45 | Vixen | 02/23/2024 | 03/13/2024 | PA0002459589 |
| 42 | Info Hash: 77AC73AAA4AD05DC7E77DAA5064DD0C66A000E90<br>File Hash: 69C86B3BBD4A66676E713AA452BE5858F235C022AEF6B73258A4B2B8774A69C3 | 03/07/2024 07:16:13 | TushyRaw | 10/04/2023 | 10/18/2023 | PA0002435604 |
| 43 | Info Hash: 9AD0F352F5AEC92C771DBFB0D288A7B776A17A82<br>File Hash: A9EAD776CFB45E1B7B1C9F1A31B68B2A5806BCE1B644590CD7E944F222F52946 | 03/07/2024 07:15:54 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 44 | Info Hash: 6374DE7F243BE4000C499B075B476652F6DCF4E2<br>File Hash: 407AF49DFEABB7171B805146894E14629D0B559B77EA6966432A6AF703ACF148 | 03/07/2024 07:15:47 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 45 | Info Hash: DDA2E4285852ED8486E97C9484FBE75053BBE7CB<br>File Hash: 7A84B0CB2C6B5B5642A55CB3C012A880932E26F73AA2E4D2E139A795EAA4D85D | 03/07/2024 07:15:43 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 46 | Info Hash: B61D58958B7E338483718C463D27D88739BFD4D7<br>File Hash: B56A83CC641AA49DA0B73526D30878CAEBF4A22471D7ACCA7D9BF089FCDBB07A | 03/07/2024 07:15:42 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |
| 47 | Info Hash: 6FFF719586ABBB2678984BA9CFC7A21F13A9A79E<br>File Hash: 26D303AB899FD0696CC02213B6ECF99F5054610D39F846E3E37FDF83B2F4BEDE | 03/07/2024 04:12:27 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: BD4701BCED7C40E6FF4B87074036DF51F4CBF6BB<br>File Hash: B85E7CCA1029B3216290C4A967AC753962C623432206692AB8306DB3C4C0FDB0 | 03/07/2024 04:12:23 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 49 | Info Hash: 5A8528C17E5984EFC85778BBCD371C0133E1F76A<br>File Hash: 431C7A9CEA6944CBC3C1EA26A015ADC0C42FE7C0374E55DA897D32CE7356A7B0 | 03/07/2024 04:10:57 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 50 | Info Hash: 0474936DC1078CC623A317419847AD0702F86497<br>File Hash: 1FE9A9A8D1D2FAD071D2BFD0101FDE7AA73193444555EB5F9DD3FBBED76AE408 | 03/07/2024 04:10:54 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 51 | Info Hash: 7AE09EDC105B7B9311D1044FC528E08108EB7AAE<br>File Hash: 123CCF5B34FB8EF6B4594B898DCF37A9CE8B3D83E67209A8DDC6745A7997CDE3 | 03/07/2024 04:10:53 | TushyRaw | 09/20/2023 | 10/18/2023 | PA0002435608 |
| 52 | Info Hash: 7AB491242724955FDB94331C57ED7811CCF6092C<br>File Hash: 9C7E811B66FF7CBC950DD91E1EE3E147FC0E9F850995B7FA01114FED0037ACC8 | 03/07/2024 01:10:24 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 53 | Info Hash: 05087CC6BDD8B562C10C7431993C662BFB9FAF8E<br>File Hash: 28C2BA58CFF0C7EB06CED08D98E03799930BE58100432769F00F08DDE7880678 | 03/07/2024 01:07:02 | TushyRaw | 02/13/2024 | 03/12/2024 | PA0002459334 |
| 54 | Info Hash: 9B495DC2E9D0A4CC07ABC640B3FAF630791531EE<br>File Hash: 1E035F82FC63ADD9013E8987C2233DCD144742A55C7875EB1F0156DD768B9DC7 | 03/01/2024 02:37:23 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 55 | Info Hash: 04532CB995D622BE56A057711FA991C48A64CF9F<br>File Hash: BDC102774D0F21197366D1EEC11D0DA4CB700AF6E070662F41494A1FB3BC278D | 03/01/2024 02:31:59 | TushyRaw | 02/27/2024 | 03/12/2024 | PA0002459339 |
| 56 | Info Hash: 3C24E69818639AFD263D4A4E8C622A55191032A5<br>File Hash: A27250D9F1960E9CDC3F19238C4064C8DC9B533AAE6B98C95633BEAA5DD6B67B | 02/26/2024 00:15:58 | Slayed | 02/20/2024 | 03/28/2024 | PA0002462498 |
| 57 | Info Hash: 83A05BAB4D5C9A7A0186A46A4DD8A1F1F38A6FD2<br>File Hash: 0A2AE1B2B1ECA32957C24C94DA86DFAA7666FCDE58F0AC34CCE1A8D1B37733CE | 02/26/2024 00:00:34 | Tushy | 02/25/2024 | 03/12/2024 | PA0002459336 |
| 58 | Info Hash: A15797B7720709E1FD7FF11773D97D39E71EDFCA<br>File Hash: CD81A7BFAF0865C7EA6D366AD0FC94DA44CBF58EA24464E40B70484DA55189A1 | 02/26/2024 00:00:29 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 59 | Info Hash: D622E7E1ECE1E8B0FD30E35D8673921E89D8742F<br>File Hash: 490D8F9D75E0E6D2922D05E5DD30FA7BE53CB6F265C1D918DF2CBC97D43B4276 | 02/19/2024 01:53:50 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 0AE3E6DB2E36141B686569C2EB4B06F5D44FC24C<br>File Hash: 9B23ECA51ED31369536A3AC6D644577A8B3EC90D063BD6EC46BD64A0DA74E3C7 | 02/18/2024 15:17:58 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 61 | Info Hash: 8EE3D2EB92A8E277CC207A27DBFFB4F777325336<br>File Hash: 993EF9DA338E1E1ACA01BBFAAF12106C2F31CC1345E81516EBBE8243F8453158 | 02/18/2024 14:55:52 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 62 | Info Hash: AA70443646D165641C4B34E1C5BAA2D9F31B8027<br>File Hash: E0CBFDDCA92C169C615CB46BBACC41BD0154FDFCECA554FDD3244AA341B9D9FD | 02/18/2024 14:50:26 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 63 | Info Hash: EECE57AA743268C5FC79CBC0BF1AA6F8910486CE<br>File Hash: C31F7B9D6D763E939961F4B4A2781C1A1606A1A62673DE56E8B9E350AF1A4ABE | 02/15/2024 00:12:00 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 64 | Info Hash: 1F734779A5C05D40C6424BE190EC20AC8BF61019<br>File Hash: ED2367A2304402E0556F6BC683BAD41035022D34A5B5B0F0356C26C095466244 | 02/14/2024 23:53:44 | Vixen | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 65 | Info Hash: 1607A2B7A4F400058A3F973D43D21D9E80B69E42<br>File Hash: B5CB131F6FDC264AF909A08A21291B064D7D75B05D4BAE2E8DD56DEA1C55967D | 02/14/2024 23:34:18 | Blacked Raw | 01/04/2023 | 01/10/2023 | PA0002389594 |
| 66 | Info Hash: D9BF3199616E3B95051C99D73C06AFBA9BEBA52B<br>File Hash: FC54A16B52DF7F0B21C60B860EC729ACD90DFE216E2BC0E282BB64DB79F516A6 | 02/14/2024 23:20:35 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 67 | Info Hash: 87F374F2A9BCBCE2195C2B063DBDE801363B5E04<br>File Hash: 808FE707DE5B9F234389A9838D126C23248C6D8A809213B15DAEE7D9FFE93B2C | 02/14/2024 23:20:23 | Blacked Raw | 09/16/2022 | 10/05/2022 | PA0002373764 |
| 68 | Info Hash: 68E80B963FF5500A792F77A6717B2C391982B27B<br>File Hash: 3BB89A47DF47E0B8C6A5B3E84F65FF8989573D2789DC18F147731962BB01CC06 | 02/14/2024 23:20:04 | Blacked Raw | 10/01/2022 | 10/31/2022 | PA0002377811 |
| 69 | Info Hash: 5DB3EEC26EF12460115C504277E405074F32DE01<br>File Hash: 18A7C1FAF876A31D9B5DA6C4899D7D745E20B047A006CD870D9768094BAE37F7 | 02/14/2024 23:20:02 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 70 | Info Hash: B145D7F0E647C1DEFB076B3A4C209FAA9A70F2A4<br>File Hash: 3D1209BACA5890E18C75AA4C5EA9D510857129ADF5C3BAF7D430EF84C94B6877 | 02/14/2024 23:20:01 | Blacked Raw | 11/05/2022 | 12/11/2022 | PA0002384735 |
| 71 | Info Hash: 63076429E79D28050C25757CA6DE55E32F6C6D36<br>File Hash: 862AE262671A28F40395E7602602671EF27DB0238B353457D0A6DF4CB516997D | 02/14/2024 23:19:56 | Blacked Raw | 09/06/2022 | 10/05/2022 | PA0002373770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 90E2ADDA8B6CCE1DD01298F7FB17DE564C5146A4<br>File Hash: 9934E26D986A15F65620C5FB3E3916FB28010B784A57DB0B737CEF1F980E0639 | 02/14/2024 23:19:56 | Vixen | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 73 | Info Hash: 11639AB40AE4486A5462D1F1E71E25A545966045<br>File Hash: 09F4E3ACDFA09F4C94D8A83A0D3A558D53B5E3A137C70D6736447E51121FBBDE | 02/14/2024 23:19:50 | Blacked Raw | 11/15/2022 | 12/11/2022 | PA0002384724 |
| 74 | Info Hash: 21B3CCD055741B3B084183D6F8FF508942E837E3<br>File Hash: 7641E3588052323E16CA3631073463CC0F052C36D0DBD517DA03D7816E112C82 | 02/14/2024 23:19:47 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 75 | Info Hash: F0C6D69EE2F4EA3D42AE671B7518E93DA5E34163<br>File Hash: 369DB20EF6125F3A28F6F59DCD745BCD594FF507A09375F58EFB3B70C9232A88 | 02/14/2024 23:19:47 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 76 | Info Hash: 0101767FACE7B1FD6D2FAE508316C183BD93C277<br>File Hash: FDFF350C95ACA5364B44603B130CCEC70C4B6CF2FA446C8DC2A4346B615F2489 | 02/14/2024 23:19:42 | Blacked Raw | 09/01/2022 | 11/24/2022 | PA0002388645 |
| 77 | Info Hash: E09E85C2B48552DEBC392A5EF2F88C2345E155D1<br>File Hash: FBCC3E7B04FE3382C01F0EDDA4DCB1896672455A751BF9FB7629750A4D56C067 | 02/14/2024 23:19:41 | Blacked Raw | 09/11/2022 | 10/05/2022 | PA0002373951 |
| 78 | Info Hash: 3E5FD98BECE00825968EDE92D4378E5EB60EA425<br>File Hash: 05C139030B9B146230C498E4E6FA5AAB3254CDF9E7E2C0B2247AB332CF9B5CFE | 02/14/2024 23:19:41 | Blacked Raw | 12/30/2022 | 01/09/2023 | PA0002389573 |
| 79 | Info Hash: 75F40F5C0B7ECDEDE2B97FD36EAB6402CA0C43BB<br>File Hash: 0DBF5FF21120748BBC216A10BA68B0DC36A32C613F6DA2CEC69A348D056EB3AA | 02/14/2024 23:19:38 | Blacked Raw | 11/10/2022 | 01/27/2023 | PA0002393082 |
| 80 | Info Hash: 0CB09854C42F3E22A615766A10CF36C747B58199<br>File Hash: 1A4006C3006D9F43F4D87CB7DF02292C1F77550F8CAE38722A72518ECFA591B1 | 02/14/2024 20:12:56 | Vixen | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 81 | Info Hash: 8CEEBAD8B4AFD8903E4B6BC25D6133344622771F<br>File Hash: A872DBE7C8F950C7E090D27E2F8E751B43F609B1C057EC16F2D3ABB5B968FB6D | 02/14/2024 20:10:20 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 82 | Info Hash: 7366343956F36CF4E3DE23FDC7D4A9CE9CAD359E<br>File Hash: 981ED22E1E321444EFFF208DE51E277D02693B0CF93488CDC23B2216D2192BA0 | 02/12/2024 15:53:25 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 83 | Info Hash: 34CC76B43FBE24DB3F65C03A03E91CBBB38A172E<br>File Hash: B2521C074B7FEF2EEAA7C2AB71CEB66F1AFF94790B5F59013CAB3DF728A0DC4A | 02/12/2024 15:26:26 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 4570CA5067B9D6A3440E83314DA837ED74B9C978<br>File Hash: D53035373D82C28B9D2AE6A75F9433A57AC76FD71A17C5DDDBCD9636B588FB97 | 02/06/2024 20:15:51 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 85 | Info Hash: A820C9D69FAD129DCE6D6DA01177639E87FFCFD9<br>File Hash: 00B9AB0B0E907907B931B2FDC98BA416950552E4392A1B9EF155D9ED6B9D95C6 | 01/30/2024 19:44:41 | Slayed | 01/23/2024 | 03/15/2024 | PA0002461469 |
| 86 | Info Hash: 86EACEF33A470A47EEB133943FF04EB390F897A8<br>File Hash: D32F2B4068A7598B50A5DD4C795E35593F12ADD352FB752D4A20AE6A43828D9F | 01/30/2024 18:21:54 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |